UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LESLIE KAUP                                                                                                PLAINTIFF

v.                                              No. 2:17-CV-02049

BALDOR ELECTRIC COMPANY                                                              DEFENDANT

## ORDER

The parties have filed a joint motion (Doc. 35) to approve a settlement agreement in this Fair Labor Standards Act case and to dismiss the matter with prejudice. The Court has reviewed the settlement agreement, which appears to be fair and reasonable, and considers dismissal on these terms proper.

IT IS THEREFORE ORDERED that the motion to dismiss (Doc. 35) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 4th day of September, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE